# CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Industrial Hydraulics*
Attn:  President/CEO
6614 Langley Drive
Baton Rouge, LA 70809-5176

*Industrial Hydraulics*
Attn:  President/CEO
36203 Highway 1036
Holden, LA 70744

*Industrial Hydraulics*
Attn:  Mr. E. Jack Mays, Jr.
25677 Elmwood Place
Denham Springs, LA 70726

_____
Mary E. Augustine (No. 4477)

619623v1